IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHARLESTON SHIPP

PLAINTIFF

vs.                                         NO: 2:10-cv-02598-STA-dkv

VISIONS SPORTS BAR & GRILL, INC.,
MARIA LOPEZ, MIKE FURFIK,
THE CITY OF MEMPHIS, TENNESSEE,
JIMMY HUDSON, ALKI KING,
NOEL JACKSON, and JULIAN

DEFENDANTS

---

## MOTION TO AMEND COMPLAINT

---

**COMES NOW THE** Plaintiff pursuant to Rule 15 of the Federal Rules of Civil Procedure moves the Court to Amend the Instant Complaint to the form attached as Exhibit "A" attached herewith.

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests the Court to authorize his to Amend his complaint to the form attached as Exhibit A herewith.

Respectfully submitted,

/s/Drayton D. Berkley
**DRAYTON D. BERKLEY, ESQ. (022601)**
The Businessmen's Club
81 Monroe Avenue, Suite 400
Memphis, Tennessee 38103
Telephone: 901-507-2521

Facsimile: 901-507-1791
e-mail: dberkleylaw@msn.com

**And**

**PRECIOUS MOORE COLEMAN (022943)**
100 North Main Street, Ste 2601
Memphis, Tennessee 38103
Telephone: 901-544-8090
Facsimile: 901-575-8717
e-mail:attorneyprecious@yahoo.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon

counsel for the City of Memphis the motion as follows:

Mr. Zayid A. Saleem
Assistant City Attorney
125 North Main Ste Room 336
Memphis, TN 38103
Via ECF

Mr. Mike Murfik
Individually and d/b/a Club Envy
4069 Lamar Avenue
Memphis, TN 38118
Via US Mail

Visions Sports Bar and Grill, Inc
Individually and d/b/a Club Envy
4069 Lamar Avenue
Memphis, TN 38118
Via US Mail

This the 26th day of January 2011.

/s/ Drayton D. Berkley
**DRAYTON D. BERKLEY, ESQ.**