```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                 WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

|  |  |
|---|---|
| CHARLESTON SHIPP, | ) |
| Plaintiff, | ) |
| -v- | ) Civil No. 10-2598-STA |
| VISIONS SPORTS BAR & GRILL, INC. ET AL., | ) |
| Defendants. | ) |

## DEFAULT

Upon the Motion for Clerk's Entry of Default and the attached Declaration, filed by plaintiff on March 16, 2011, DEFAULT IS HEREBY ENTERED against the defendants, <u>Visions Sports Bar & Grill, Inc., and Mike Furfik</u>, pursuant to FRCvP 55(a).

Service was made upon the above-named defendants in accordance to the FRCvP.  The defendants have failed to plead or answer.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55©.

Entered this 17th day of March, 2011.

```
                              THOMAS M. GOULD,
                              Clerk of Court


                              BY: s/Earline Grayer
                                  Deputy Clerk
```