UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLESTON SHIPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 10-cv-02598-STA-dkv |
| ) | |
| VISIONS SPORTS BAR & GRILL, INC., and ) | |
| MIKE FURFIK (or MURFIK), ) | |
| ) | |
| Defendants ) | |

# ORDER

Before the Court is Plaintiff's Second Motion for Default Judgment Against the Defendants Visions Sports Bar & Grill, Inc. and Mike Furfik (or Murfik) (collectively "Defendants") (D.E. # 31), filed on May 13, 2011.  On March 17, 2011, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered Default against the Defendants.  (D.E. # 29.) Following, in accordance with Federal Rule of Civil Procedure 55(b)(2), this Court GRANTS the Motion for Default Judgment, but reserves ruling on the amount of damages.  The Court will schedule a hearing to determine the amount of damages.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: May 17, 2011