# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **CHARLESTON SHIPP** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **VISIONS SPORTS BAR & GRILL, INC., MIKE FURFIK** | **CASE NO: 10-2598-A** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order On Damages entered on July 29, 2011, judgment is hereby entered for plaintiff, Charleston Shipp, and against defendants, Visions Sports Bar & Grill, Inc., and Mike Furfik; Plaintiff is awarded the amount of $270,000.00 in damages. This cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 9/2/2011

                                        THOMAS M. GOULD
                                        Clerk of Court

                                        s/Terry L. Haley
                                      (By)  Deputy Clerk