# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**CHARLESTON SHIPP**

**PLAINTIFF**

**vs.**                                              NO: 2:10-cv-02598-STA-dkv

**VISIONS SPORTS BAR & GRILL, INC.,
MARIA LOPEZ, MIKE FURFIK,
THE CITY OF MEMPHIS, TENNESSEE,
JIMMY HUDSON, ALKI KING,
NOEL JACKSON, and JULIAN**

**DEFENDANTS**

## SATISFACTION OF JUDGMENT

**WHEREAS**, a judgment was entered in the above action on May 17, 2011 and on July 29, 2011, by order of this court in favor of the Plaintiff, Charleston Shipp and against the Defendants in the amount of $270,000.00 with costs having been tax and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

**THEREFORE,** full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Respectfully submitted,

/s/Drayton D. Berkley

**DRAYTON D. BERKLEY, ESQ. (BPR 022601)**
**Attorney for Plaintiff**
The Businessmen's Club
81 Monroe Avenue, Suite 400
Memphis, Tennessee 38103
e-mail: attorneyberkley@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the foregoing has been served upon

counsel via ECF as follows:

Mr. Darrell J. O'Neal
Law Office of Darrell J. O'Neal
2129 Winchester Road
Memphis, TN 38115
Attorney for Mike Murfik or Furfik
Via ECF

Ms. Precious Moore Coleman
100 North Main Street Ste 2601
Memphis, TN 38103
Co-Counsel for Plaintiff Charleston Shipp
Via ECF

This the 17th day of April 2014.

/s/ Drayton D. Berkley
**DRAYTON D. BERKLEY, ESQ.**

\\Hgwserver\hgwlaw files\Drayton Berkley\SHIPP\14-04-17 Satisfaction of Judgment.doc